UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COX OKLAHOMA TELECOM, LLC, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-637 (RBW) |
| GENERAL SERVICES ADMINISTRATION, ) | |
| Defendant. ) | |

## SCHEDULING ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on April 6, 2006, it is hereby

**ORDERED** that the parties shall file a joint stipulation by April 11, 2006, stating that the defendant shall not release the information at issue in this case until the Court has ruled on the plaintiff's motion for a preliminary injunction. It is further

**ORDERED** that if the parties have not filed such a stipulation by April 11, 2006, the plaintiff may renew its request that the Court issue a temporary restraining order. It is further

**ORDERED** that the plaintiff shall file its motion for a preliminary injunction by April 14, 2006. It is further

**ORDERED** that the defendant shall file its opposition to the plaintiff's motion by April 28, 2006. It is further

**ORDERED** that the plaintiff shall file its reply, if any, by May 5, 2006. It is further

**ORDERED** that a hearing on the motion for a preliminary injunction shall be held on May 24, 2006, at 9:00 a.m. Each party will be provided 15 minutes to argue their respective positions.

**SO ORDERED** this 7th day of April, 2006.

REGGIE B. WALTON
United States District Judge