UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COX OKLAHOMA TELECOM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. | |
| v. ) | |
| ) | |
| GENERAL SERVICES ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

1. Plaintiff, Cox Oklahoma Telecom, LLC ("Cox"), by and through counsel, applies ex parte to this Court for a Temporary Restraining Order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, to restrain and enjoin Defendant General Services Administration ("GSA"), its officers, employees, agents and attorneys, from releasing, providing, reporting, making available or otherwise disclosing any information regarding Cox's pricing under the Oklahoma Services Contract GS07T06BGD0003 (the "Contract") until such time as this matter is heard on a preliminary injunction motion, which Cox intends to file forthwith.

2. Cox has filed this "reverse FOIA" action under the Freedom of Information Act ("FOIA") to prevent the unauthorized and prohibited disclosure by GSA of sensitive and confidential pricing information to one of Cox's competitors under the Contract, Southern Bell Communications ("SBC"), which disclosure SBC had requested under FOIA and Cox had opposed.

3. This application is based upon this Application for Temporary Restraining Order, the proposed Temporary Restraining Order, the Cox Oklahoma Telecom LLC's Memorandum of

Law in Support of Application for Temporary Restraining Order, the Declaration of Roger Burnett and exhibits thereto, the Declaration of Bradley Ney, the Complaint, and the papers and records on file with the Court.

Dated: April 6, 2006

Respectfully submitted,

David E. Mills
(D.C. Bar No. 401979)
W. Bradley Ney
(D.C. Bar No. 486363)
(D. D.C. Bar Application Pending)
DOW LOHNES & ALBERTSON, PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222