UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MARYLAND

Advance Magazine Publishers, Inc. d/b/a The Conde Nast Publications

vs.

David Leach a/k/a David Moyhihan a/k/a Blackmask.com a/k/a Smartset.com a/k/a Disruptive Publishing of Montgomery County, Maryland

No. DKC 06-522

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SCOTT KUCIK, having been duly authorized to make service of the Summons; Civil Cover Sheet; Complaint; Notice of Filing Lengthy Exhibits and Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 04-15-1966.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:02 am on March 3, 2006, I served David Leach a/k/a David Moyhihan a/k/a Blackmask.com a/k/a Smartset.com a/k/a Disruptive Publishing of Montgomery County, Maryland at 735 Ivy League Lane, Rockville, Maryland 20850 by serving David Leach, personally. Described herein:

```
SEX-     MALE
AGE-     33
HEIGHT-  5'10"
HAIR-    BROWN
WEIGHT-  175
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 03-03-06
Date

SCOTT KUCIK
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 166922