PRIVILEGED INFORMATION
REDACTED

From: karen.Lunay@gsa.gov [mailto:karen.Lunay@gsa.gov]
Sent: Thursday, December 22, 2005 9:56 AM
To: Burnett, Roger (CCI-Oklahoma City)
Subject: RE: LSA Contract Modification

Thank you - I sent out some information for you to look over and sent it to the wrong place. They are going to re-route it and you should get it by tomorrow. Thanks again.

|  |  |  |
|---|---|---|
| Roger.Burnett@cox.com | | To |
| | karen.Lunay@gsa.gov | |
| 12/22/2005 09:46 AM | | cc |
| | | Subject |
| | RE: LSA Contract Modification | |

Karen, here is my address.

6301 Waterford Blvd., Suite 200
Oklahoma City, OK  73118

Roger

1

```
-----Original Message-----
From: karen.Lunay@gsa.gov [mailto:karen.Lunay@gsa.gov]
Sent: Thursday, December 22, 2005 9:44 AM
To: brendag.murray@gsa.gov
Cc: Burnett, Roger (CCI-Oklahoma City)
Subject: RE: LSA Contract Modification
```

Roger,
    I need to send you a FedEx package, could you please give me your address? Thank you.

|  | Brenda G. Murray/7T/R07/GSA/GOV |  |
|---|---|---|
| To |  | Roger.Burnett@cox.com@GSAEXTERNAL |
| cc | 12/21/2005 07:54 AM | Karen J. Lunay/CONTRACTOR/7T/R07/GSA/GOV@GSA |
| Subject |  | RE: LSA Contract Modification (Document link: Karen Lunay) |

Good Morning Roger,

Could you send me a copy of your redacted contract if you have it prepared?
If not, can you let me know when it will be ready for submission?

I'll give you a call this morning, so that we can discuss the lease agreement question.

Thanks
Brenda

Brenda Murray
GSA/FTS Oklahoma City
Phone: (405) 609-8087

2

Fax: (405)609-8994
brendag.murray@gsa.gov