

**GSA Greater Southwest Region**

January 3, 2006

Roger Burnett
Cox Communications
6301 Waterford Blvd., Suite 200
Oklahoma City, OK 73118

Dear Mr. Burnett:

We have received the redacted copy of solicitation 7TF-04-0001 that you sent on December 28, 2005. Upon our review, we have decided to release certain information you redacted. You have not described how this data reveals any proprietary or commercially confidential information to your company. We have determined that release of a portion of the requested information would not cause your company substantial competitive harm.

I have enclosed the information we have decided to release. We will delay release of this material five working days from the estimated date of your receipt of this notification.

Sincerely,

*Jill LaDuca*

Jill LaDuca
Director of Acquisition Services

Enclosures