

GSA Greater Southwest Region

February 28, 2006

Roger Burnett
Cox Communications
6301 Waterford Blvd., Suite 200
Oklahoma City, OK 73118

Dear Mr. Burnett:

As a follow up to the Freedom of Information Act (FOIA) request received from SBC requesting a copy of Cox's pricing and pricing notes submitted by your company in response to Solicitation 7TF-04-0001, this is a notice that General Services Administration will be releasing additional information to SBC. We will be releasing your current year pricing for every CLIN to include GSA's surcharges. We will release this information on March 7, 2006. If you object to the release of this information, please notify Karen Lunay at karen.lunay@gsa.gov by close of business March 3, 2006.

GSA will carefully consider any objections you have to the release of these documents. However, the FOIA requires that this agency make the final determination on disclosure or nondisclosure.

If you have any questions or require any further information, contact Karen Lunay at (817) 978-3167.

Sincerely,

Jill LaDuca
Director of Acquisition Services (7TQ)

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195
www.gsa.gov