PRIVILEGED INFORMATION
REDACTED

From: Burnett, Roger (CCI-Oklahoma City)
Sent: Wednesday, March 01, 2006 7:47 AM
To: 'karen.Lunay@gsa.gov'
Cc: jill.laduca@gsa.gov; Lambert, Ken (CCI-Oklahoma City); Green, Sheldon (CCI-Atlanta); Padilla, Mark (CCI-Atlanta-LD)
Subject: RE: FOIA request - releasing additional information
Importance: High

Karen,

Cox strongly objects to the release of Cox's complete pricing schedule provided in Solicitation 7TF-04-0001 to SBC under their FOIA request. Based on the two day notice we were given to prepare our objection to release of the pricing information we formally request an extension until 15 March in order for us to have our legal department review

1

your decision and prepare a formal response of our concerns with releasing this pricing information. We strongly feel that providing this pricing information we give our biggest competitor a major advantage in future government contract awards and possibly the awards under the current LSA contract. Your favorable consideration of our request for additional time to prepare our objection would be greatly appreciated.

Sincerely

Roger Burnett
Federal Markets Manager


-----Original Message-----
From: karen.Lunay@gsa.gov [mailto:karen.Lunay@gsa.gov]
Sent: Tuesday, February 28, 2006 4:26 PM
To: Burnett, Roger (CCI-Oklahoma City)
Cc: jill.laduca@gsa.gov
Subject: FOIA request - releasing additional information


Roger,
     Please see attached.  Thank you.

(See attached file: FOIA 2006-24.pdf)

2