

GSA Greater Southwest Region

March 1, 2006

Roger Burnett
Cox Communications
6301 Waterford Blvd., Suite 200
Oklahoma City, OK 73118

Dear Mr. Burnett:

Thank you for your email reply regarding General Services Administration releasing additional information to SBC for the Freedom of Information Act (FOIA) request received from SBC requesting a copy of Cox's pricing and pricing notes submitted by your company in response to Solicitation 7TF-04-0001. Due to Cox's strong objection to the release of Cox's complete pricing schedule, it will be necessary for you to support your objections to disclosure as follows:

a. Specifically identify the records or portions of records that would be harmful to your company if released.

b. Specify why disclosure would cause your company substantial competitive harm; e.g., how a competitor could use the information to your commercial disadvantage.

c. Describe the methods you use to protect or maintain the confidentiality of this information within your company.

Please respond back to me by close of business March 9, 2006. GSA will carefully consider any objections you have to the release of these documents. However, the FOIA requires that this agency make the final determination on disclosure or nondisclosure.

If you have any questions or require any further information, contact Karen Lunay at (817) 978-3167.

Sincerely,

Marjorie Readout
Director of Resource Management

U.S. General Services Administration
819 Taylor Street
Fort Worth, TX 76102-6195
www.gsa.gov