Via Electronic Transmission To: marjorie.readout@gsa.gov
and Regular Mail

March 7, 2006

Ms. Marjorie Readout
Director of Resource Management
U.S. General Services Administration
819 Taylor Street
Fort Worth, Texas 76102-8195

    Re:    GSA Region 7 Contract No. S07T06BGD0003 issued by GSA Region 7 ("Contract") to Cox Oklahoma Telcom, LLC d/b/a Cox Communications, 1400 Lake Hearn Drive, Atlanta, GA 30319 ("Cox") for the provision of certain telecommunications services to the GSA in the State of Oklahoma.

Dear Ms. Readout:

    In response to your letter of March 1, 2006, Cox restates its objection to the GSA's proposed release of certain Contract pricing information to SBC in connection with SBC's Freedom of Information Act ("FOIA") request with respect to the above-referenced Contract. As requested in your letter, Cox provides the following additional information in response to your three-part request:

    (a)    <u>Specifically identify the records or portions of records that would be harmful to your company if released.</u> The specific records that should not be disclosed is the Cox pricing for the telecommunications services Cox submitted to the GSA in response to Solicitation No. 7TF-04-0001 ("Solicitation"). GSA should not release the current year pricing and should not release the option year pricing. Cox pricing containing Contract Line Item Numbers ("CLIN") should also not be released or disclosed to SBC.

    (b)    <u>Specify why disclosure would cause your company substantial competitive harm; e.g., how a competitor could use the information to your competitive disadvantage.</u> SBC is a competitor of Cox, both in providing services to the GSA and to businesses generally. Given the on-going nature of awards under this Contract, full disclosure of the Cox pricing to a competitor including the Cox CLIN pricing would give SBC a material unfair advantage in competing for business with GSA and others. The Contract was bid according to Federal Acquisition regulations which make pricing confidential, as detailed below. Cox pricing was established and accepted on a negotiated basis without knowledge of or regard to that of SBC. Release of this pricing would prejudice Cox in several ways. Because the Contract allows GSA to purchase from others during its term, if the GSA provided SBC with Cox pricing, SBC could artificially bid for and set prices in an anticompetitive manner. This would set off an ongoing process of competitors requesting pricing under FOIA which will result in a "ratchet-down" of prices which would significantly damage Cox. This "ratchet-down" of prices is precluded by federal law and is an open invitation for predatory pricing. Providing Cox pricing to SBC would also give SBC a substantial anticompetitive advantage in bidding for services in other GSA contract regions yet to be bid, and where SBC and Cox compete. Nothing is more fundamental to fair competitive bidding than to maintain the confidentiality of pricing, particularly during the contracting process.

    (c)    <u>Describe the methods you use to protect or maintain the confidentiality of this information within your company.</u> Cox complies with a number of federal and state regulations to protect the privacy of customer confidential information including the pricing provided to GSA under the Contract.

The pricing for the GSA Contract was determined solely by the Cox government marketing team without the assistance of any third party and without access to the SBC pricing. The pricing provided to the GSA is kept strictly confidential within Cox and is disclosed only on a need-to-know basis. The pricing was never made available for public review, nor was it ever posted on any Cox web site. Cox did file the required details, to include pricing, of the Contract with the Oklahoma Corporation Commission ("OCC") as it is required to do under OCC rules and regulations relating to Individual Case Basis ("ICB") arrangements for telecommunications services. However, under the OCC's rules and regulations OAC 165:55-5-35 competitors, such as SBC, cannot obtain access to pricing contained in ICB arrangements as such information are deemed to be confidential records or trade secrets of Cox under the Oklahoma Open Records Act.

Release of the Cox Contract pricing is also contrary to well settled principles under federal law relating to trades secrets and FOIA. Specifically, under FOIA Exemption No. 4, a federal agency may withhold information if it constitutes confidential information. Under FOIA, information is confidential if its release would cause substantial competitive harm to the person who supplied the information which, in this case, is Cox. The Contract at issue is an "indefinite delivery/indefinite quantity" agreement where the GSA can, at any time during the term thereof, purchase telecommunications services from bidders to whom it has awarded contracts, and this includes SBC. This Contract is not a "one-time" single vendor award to be re-bid upon expiration of the contract. Rather, this Contract is still in a competitive situation because not all parts of the Solicitation will be awarded until at least 2007. To provide SBC the Cox pricing under the Contract unfairly punishes Cox for the remainder of the award period. Given the nature of this Solicitation, if SBC determines that it is not receiving sufficient business from the GSA, then SBC could on its own accord lower its pricing without resorting to the FOIA process. The sole reason SBC is using the FOIA process is to obtain pricing information to "minimize" how much it would need to lower its price to be competitive without leaving "anything on the table." Using the FOIA process for this type of purpose is contrary to the intent of FOIA and specifically precluded by FOIA's Exemption No. 4, the Federal Acquisition Regulations and federal law.

We trust that the foregoing provides your office with the reasons why GSA should deny SBC's FOIA request for the release of the Cox pricing under the above-referenced Contract. Should you have any questions, please contact Roger Burnett at 405-286-5250, Roger.burnett@cox.com.

Very truly yours,

Allen Roberts
Vice President

Cc:  Ms. Brenda Murray (via Electronic Transmission Only)
     GSA/FTS
     301 NW 6th Street Suite 324
     Oklahoma City, Oklahoma 73102
     brenda.murray@gsa.gov;

     Jill LaDuca (via Electronic Transmission Only)
     Acquisition Director
     jill.laduca@gsa.gov

     Roger Burnett (via Electronic Transmission and hand-delivery)
     Mark F. Padilla, Esq. (Via Electronic Transmission)