UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

COX OKLAHOMA TELECOM, LLC,       )
                                 )
            Plaintiff,           )
                                 )  Case No.
      v.                         )
                                 )
GENERAL SERVICES ADMINISTRATION, )
                                 )
            Defendant.           )
_____)

### [PROPOSED] TEMPORARY RESTRAINING ORDER

The Court, having read and considered the Complaint, Plaintiff's Application for Temporary Restraining Order, the proposed Temporary Restraining Order, Cox Oklahoma Telecom LLC's Memorandum of Law in Support of Application for Temporary Restraining Order, the Declarations of Roger Burnett and Bradley Ney and the entire record herein, believes this is a proper case for granting an application for a temporary restraining order.

The Court finds that Plaintiff has demonstrated a substantial likelihood of success on the merits of demonstrating that the planned disclosure by the Defendant General Services Administration ("GSA") of Plaintiff's competitive pricing information relating to Oklahoma Services Contract GS07T06BGD0003 (the "Contract") would be improper and contrary to law, that such disclosure would cause substantial and irreparable harm to Plaintiff and that the balance of the hardships weighs in favor of Plaintiff. The Court also finds that Plaintiff has no other plain, speedy or adequate remedy at law. Accordingly, the Court has determined that Defendant's proposed disclosure justifies Plaintiff's application.

IT IS THEREFORE ORDERED THAT:

1. Defendant General Services Administration ("GSA"), its officers, employees, agents and attorneys and anyone acting in concert with them, are enjoined from releasing, providing, reporting, making available or otherwise disclosing any information regarding Cox's pricing under the Oklahoma Services Contract GS07T06BGD0003 (the "Contract") until such time as this matter is heard on a preliminary injunction motion.

2. Defendant is ordered to show cause, at a hearing to be scheduled upon Plaintiff's filing of a motion for preliminary injunction, why the Court should not enter a preliminary injunction continuing the relief granted herein.

3. This Temporary Restraining Order shall remain in full force and effect for ten (10) days, unless extended by this Court or stipulation of the parties.

4. The Court has determined that the requirement of a security bond is unnecessary and shall be waived in this case.

DATED this ___ day of April, 2006

_____
UNITED STATED DISTRICT JUDGE