**UNITED STATED DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

_____
COX OKLAHOMA TELECOM, LLC,         )
                                   )
                Plaintiff,         )
                                   ) Case No. 1:06CV00637-RGW
            v.                     )
                                   )
GENERAL SERVICES ADMINISTRATION,   )
                                   )
                Defendant.         )
_____)

## Rule 7.1 Corporate Disclosure

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Cox Oklahoma TeleCom, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Cox Oklahoma TeleCom, LLC which have any outstanding debt securities in the hands of the public:

CoxCom, Inc.

Cox Communications, Inc.

2

These representations are made in order that the judges of this court may consider the need for recusal.

Dated: April 10, 2006                                  Respectfully submitted,

                                                                     _____/s/_____
                                                                  David E. Mills (D.C. Bar No. 401979)
                                                                  W. Bradley Ney (D.C. Bar No. 486363)
                                                                  (D. D.C. Application Pending)
                                                                  DOW LOHNES & ALBERTSON, PLLC
                                                                  1200 New Hampshire Ave., N.W.
                                                                  Washington, DC 20036
                                                                  Telephone: (202) 776-2000
                                                                  Facsimile: (202) 776-2222

                                                                  Counsel of Record for Plaintiff
                                                                  Cox Oklahoma TeleCom, LLC