UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COX OKLAHOMA TELECOM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 1:06CV00637-RBW | |
| v. ) | |
| ) | |
| GENERAL SERVICES ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CONSENT MOTION TO SEAL EXHIBIT H TO DECLARATION OF ROGER BURNETTE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

Cox Oklahoma TeleCom, LLC ("Cox"), by and through counsel, hereby files this motion to seal Exhibit H to the Declaration of Roger Burnett in Support of plaintiff's Application for Temporary Restraining Order. This motion is filed with the consent of the defendant, General Services Administration, as indicated by the below signatures.

On April 6, 2006, Cox filed a Complaint and application for a Temporary Restraining Order, seeking to enjoin the dissemination of certain confidential pricing information to one of Cox's competitors, Southern Bell Companies ("SBC") which had made a FOIA request for that information. On April 7, 2006, the parties agreed to a stipulation, whereby such pricing information would not be disseminated until after the Court has ruled on a motion for preliminary injunction.

Shortly after the hearing, it came to Cox's attention that Exhibit H to the Declaration of Roger Burnett inadvertently included a portion of the confidential pricing information the disclosure of which Cox is seeking to enjoin.

1

Cox hereby respectfully requests that the Court grant Cox's motion to seal Exhibit H to the Declaration of Roger Burnett in Support of plaintiff's Application for Temporary Restraining Order to prevent the public dissemination of this proprietary and confidential pricing information.

Dated: April 7, 2006

Respectfully submitted,

*/s/ W. Bradley Ney*
W. Bradley Ney
(D.C. Bar No. 486363)
(D. D.C. Bar Application Pending)
DOW LOHNES & ALBERTSON, PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222

Counsel for Plaintiff
Cox Oklahoma TeleCom, LLC

*/s/ Heather Phillips*
Heather Phillips
Assistant United States Attorney

Counsel for Defendant
General Services Administration

UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COX OKLAHOMA TELECOM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV00637-RGW |
| v. ) | |
| ) | |
| GENERAL SERVICES ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT ORDER

The Court, having considered the Consent Motion to Seal Exhibit H to the Declaration of Roger Burnett in Support of plaintiff's Application for Temporary Restraining Order, and having determined that good cause exists therefore, IT IS HEREBY ORDERED THAT:

Exhibit H to the Declaration of Roger Burnett in Support of plaintiff's Application for Temporary Restraining Order be placed under seal.

DATED this ___ day of April, 2006.                    SO ORDERED:

                                                                                  _____
                                                                                  REGGIE B. WALTON
                                                                                  UNITED STATES DISTRICT JUDGE