UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COX OKLAHOMA TELECOM, LLC,<br>Plaintiff,<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION,<br>Defendant. | )<br>)<br>)  Case No. 1:06CV00637-RBW<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO NONDISCLOSURE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that Defendant General Services Administration, its officers, employees, agents and attorneys and anyone acting in concert with them, shall treat all information regarding Cox's pricing under the Oklahoma Services Contract GS07T06BGD0003 as confidential commercial or financial information that is exempted from public disclosure pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522(b)(4), the Trade Secrets Act, 18 U.S.C. § 1905, and the Federal Acquisition Streamlining Act ("FASA"), 41 U.S.C. § 253b(e)(3), and therefore shall not be disclosed pursuant to any FOIA request, until such time as the Court has ruled on the preliminary injunction motion to be filed by Plaintiff on April.14, 2006.

Dated: April 7, 2006

/s/ W. Bradley Ney
W. Bradley Ney (D.C. Bar No. 486363)
DOW LOHNES & ALBERTSON, PLLC
1200 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
Counsel for Plaintiff
Cox Oklahoma TeleCom, LLC

Respectfully submitted,

/s/ Heather Phillips
Heather Phillips
Assistant United States Attorney
Counsel for Defendant
General Services Administration

1