**UNITED STATED DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

_____
COX OKLAHOMA TELECOM, LLC,           )
                                     )
              Plaintiff,             )
                                     ) Case No.: 1:06CV00637 RBW
      v.                             )
                                     )
GENERAL SERVICES ADMINISTRATION,     )
                                     )
              Defendant.             )
_____)

## MOTION FOR PRELIMINARY INJUNCTION

1.   Plaintiff, Cox Oklahoma Telecom, LLC ("Cox"), by and through counsel, hereby moves for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, to restrain and enjoin Defendant, General Services Administration ("GSA"), its officers, employees, agents and attorneys, from releasing, providing, reporting, making available or otherwise disclosing to any third party any information regarding Cox's pricing under the Oklahoma Services Contract GS07T06BGD0003 (the "Contract") until such time as this matter is finally adjudicated on the merits.

2.   Cox has filed this "reverse FOIA" action under the Freedom of Information Act ("FOIA") and Administrative Procedure Act ("APA") to prevent the unauthorized and prohibited disclosure by GSA of sensitive and confidential pricing information to one of Cox's competitors under the Contract, Southern Bell Communications ("SBC"), which disclosure SBC had requested under FOIA and Cox had opposed.

3.   This motion is based upon Cox's Memorandum of Law in Support of Motion for Preliminary Injunction, the attached Declaration of Roger Burnett, the proposed Order, the Complaint and the other papers and records on file with the Court.

Dated: April 14, 2006                    Respectfully submitted,

_____/s/_____
David E. Mills
(D.C. Bar No. 401979)
W. Bradley Ney
(D.C. Bar No. 486363)
(D. D.C. Bar Application Pending)
DOW LOHNES & ALBERTSON, PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222