## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of April, 2006, a copy of the foregoing: **Motion for Preliminary Injunction** and accompanying documents was served by first class mail on counsel for Defendant General Services Administration:

> Heather Phillips
> Assistant United States Attorney
> 555 4th St., N.W.
> Washington, D.C. 20530

                                                                              _____/s/_____
                                                                             W. Bradley Ney
                                                                             (D.C. Bar No. 486363)