**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **COX OKLAHOMA TELECOM, LLC,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No: 06-0637 (RBW)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **GENERAL SERVICES** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

_____

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Phillips, Assistant

U.S. Attorney, as counsel of record for the defendant in the above-captioned case.


Respectfully submitted,

/s/

_____
HEATHER PHILLIPS
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7139