UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COX OKLAHOMA TELECOM, LLC, | ) |
| Plaintiff, | ) |
|  | ) Case No. 1:06CV00637-RBW |
| v. | ) |
|  | ) |
| GENERAL SERVICES ADMINISTRATION, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL BY COX OKLAHOMA TELECOM, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cox Oklahoma TeleCom, LLC, hereby voluntarily dismisses the above-captioned suit against Defendant General Services Administration without prejudice.

Dated: May 22, 2006                                Respectfully submitted,

_____/s/_____
David E. Mills (D.C. Bar No. 401979)
W. Bradley Ney (D.C. Bar No. 486363)
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222

Counsel for Plaintiff
Cox Oklahoma TeleCom, LLC